HELEN MCLAUGHLIN, an Infant, by JOHN J. MC-
LAUGHLIN, Her Guardian ad Litem, Appellant, *v.*
AUDLEY CLARKE COMPANY, Respondent, Impleaded
with Others.

(Argued May 1, 1929; decided May 28, 1929.)

*Ralph Stout* and *Thomas S. Colombo* for appellant.
*Bertrand L. Pettigrew* for respondent.

*Per Curiam.* The judgment of the Appellate Division
should be affirmed, with costs, upon the authority of
*McNamara* v. *Leipzig* (227 N. Y. 291); *Matter of Schweitzer*
**v.** *Thompson & Norris Co.* (229 N. Y. 97); *Braxton* v.

*Mendelson* (233 N. Y. 122); *Charles* v. *Barrett* (233 N. Y. 127); *Meade* v. *Motor Haulage Co., Inc.* (233 N. Y. 527); *Cattini* v. *American Railway Express Co.* (234 N. Y. 585); *Bartolomeo* v. *Bennett Contracting Co., Inc.* (245 N. Y. 66).

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Judgment affirmed, etc.